UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 16-460 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| GERARDO SOLIS-TENORIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>: Alien found in U.S. after previously arrested and removed, and without lawful authority to return.

<u>Date of Detention Hearing</u>: 10/28/16

     The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant is reportedly a citizen of Mexico.

(2)     The United States alleges that his presence in this country is illegal.  There is an immigration detainer pending against him.  The issue of detention in this case is therefore essentially moot.

(3)     He was allegedly arrested and removed to Mexico in 20110 and in 2012.

(4)     Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

(5)     Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer.  There is therefore limited information available about him.

(6)     He has a previous conviction in this court, in 2006, for aiding and abetting the distribution of methamphetamine. criminal record includes convictions for transporting and selling controlled substances, two additional controlled substances violations, a VUCSA conviction, and unlawful entry into United States.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of October, 2016.

s/ John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3